**Order entered September 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00115-CR

### MAHOGANY MARIUM WELLS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court No. 9**
**Dallas County, Texas**
**Trial Court Cause No. MA12-04814-K**

## ORDER

The Court **REINSTATES** the appeal.

On August 1, 2014, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel Riann Moore; (3) Ms. Moore's explanation for the delay in filing appellant's brief is her workload; and (4) Ms. Moore requested seven days from the August 28, 2014 hearing to file appellant's brief.

We **ORDER** appellant to file her brief by **SEPTEMBER 9, 2014**. Because appellant's brief is already more than three months overdue, no further extensions will be granted. If the brief is not filed by the date specified, we will order Riann Moore and the Dallas County Public

Defender's Office removed as counsel and will order the trial court to appoint new counsel to represent appellant in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Peggy Hoffman, Presiding Judge, County Criminal Court No. 9; Katherine Drew, Appellate-Chief, Dallas County Public Defender's Office; Riann Moore, Dallas County Public Defender's Office; and the Dallas County District Attorney's Office.

/s/     LANA MYERS
          JUSTICE